IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff,**<br><br>v.<br><br>**ANTHONY LEPORE, JOHN RIFE,**<br>**and BRIAN DOMALIK,**<br><br>**Defendants.** | 1:15-cr-367-WSD |

**OPINION AND ORDER**

This matter is before the Court on Diversified Maintenance-RWS, LLC's ("DM-RWS") Motion to Quash Defendant Lepore's and United States' Trial Subpoenas and Request for Hearing [186] (the "Motion").

The Government and Defendant Anthony Lepore ("Lepore") have served subpoenas on Ms. Andrea Kiehl ("Kiehl"), formerly General Counsel of DM-RWS, to testify at trial. DM-RWS's Motion seeks to quash the subpoenas "to the extent either the Defendant Lepore or the United States seeks to solicit confidential, attorney-client privileged or work product protected information." ([186] at 2). The Government and Lepore represent that they do not intend to elicit privileged information from Kiehl. Based on these representations, DM-RWS's Motion is denied as moot.

For the foregoing reasons,

**IT IS HEREBY ORDERED** that Diversified Maintenance-RWS, LLC's Motion to Quash Defendant Lepore's and United States' Trial Subpoenas and Request for Hearing [186] is **DENIED AS MOOT**.

**SO ORDERED** this 8th day of September, 2016.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE